

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00343-CV

**EVA RAMIREZ, INDIVIDUALLY, AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF FERNANDO RAMIREZ, DECEASED,**

**Appellant**

 **v.**

**THOMAS H. SINCLAIR,**

**Appellee**

**From the 13th District Court
Navarro County, Texas
Trial Court No. 05-00-14658-CV**

## MEMORANDUM OPINION

Eva Ramirez, individually, and as the personal representative of the Estate of Fernando Ramirez, deceased, attempts to appeal a letter ruling on a joint motion for an order confirming and approving the sale of real property in Navarro County. By letter dated November 16, 2010, Ramirez was notified that the appeal was subject to dismissal because (1) it appeared that the letter ruling is not a final, appealable order; (2) it was unclear whether the joint motion which prompted the letter ruling is the type of motion from which an order may be appealed; and (3) the appropriate jurisdiction might be

Dallas where the decision to transfer venue was made. Ramirez was warned that the Court would dismiss the appeal unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal. Ramirez was further warned that the failure to file a response as requested will result in the dismissal of this appeal without further notification for failure to comply with this order or a notice from the Clerk.

No response has been filed.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(a), (c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed December 22, 2010
[CV06]